```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
```

UNITED STATES OF AMERICA                    ORDER

    - v. -                              19 Cr. 445 (JMF)

BENJAMIN FIGUEROA

    Defendant.

```
- - - - - - - - - - - - - - - - - X
```

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 21, 2020;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       February 24, 2020

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The trial and all pretrial deadlines are hereby vacated.  The Clerk of Court is directed to terminate Docket No. 31.