LAW OFFICES OF
# STEPHEN TURANO

---

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

June 17, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. It is hereby ORDERED that sentencing in this matter, presently scheduled for July 28, 2020, is ADJOURNED to September 17, 2020, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #42.
>
> SO ORDERED
>
> /s/ Jesse M. Furman
>
> June 18, 2020

Re:   United States v. Benjamin Figueroa
      19 Cr. 445 (JMF)

Dear Judge Furman:

    I represent defendant Benjamin Figueroa in the above-referenced matter. Given the limited access I have to speak with Mr. Figueroa, who is located at the MCC, I respectfully request a 30-45 day adjournment of his sentence. The Government, by Ryan B. Finkel, AUSA, consents to the adjournment.

                                    Respectfully submitted,

                                    /s/ *Stephen Turano*

                                  Stephen Turano

cc:  Ryan B. Finkel, AUSA