LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

October 28, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Benjamin Figueroa</u>
              19 Cr. 445 (JMF)

Dear Judge Furman:

    Benjamin Figueroa's sentencing is currently scheduled for November 17, 2020, after it had been adjourned upon my request to permit Mr. Figueroa cognitively evaluated by a psychologist. The Court approved the appointment of a psychologist, but unfortunately, she has been unable to complete the in-person portion of the evaluation due largely to COVID-19 restrictions. Accordingly, I request an additional 60-day adjournment of his sentencing. The Government, by Ryan B. Finkel, AUSA, consents to the adjournment.

                        Respectfully submitted,

                        /s/ *Stephen Turano*

                        Stephen Turano

cc: Ryan B. Finkel, AUSA

Application GRANTED. Sentencing is hereby ADJOURNED to January 20, 2021, at 2:15 p.m. Counsel is reminded that he should select only Mr. Figueroa when making filings (unless the filing is made jointly with Mr. Rodriguez). The Clerk of Court is directed to terminate Doc. #58 as to both defendants. SO ORDERED.

October 29, 2020