LAW OFFICES OF
# STEPHEN TURANO
———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

November 24, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Benjamin Figueroa</u>
              19 Cr. 445 (JMF)

Dear Judge Furman:

    Benjamin Figueroa's sentencing is currently scheduled for January 20, 2021. It had been previously adjourned so that I could have Mr. Figueroa cognitively evaluated by a psychologist. Unfortunately, it has taken far longer than anticipated to get Jessica Pearson, Ph.D., cleared to enter the MCC; she was just last week. Dr. Pearson informed me that, given the rise in COVID cases across the country and in New York, she is understandably concerned about entering the MCC.

    Accordingly, I request an additional 60-day adjournment of Mr. Figueroa's sentencing. The Government, by Ryan B. Finkel, AUSA, consents to the adjournment.

                                    Respectfully submitted,

                                    /s/ *Stephen Turano*

                                  Stephen Turano

cc: Ryan B. Finkel, AUSA

Application GRANTED. Sentencing is ADJOURNED to March 25, 2021, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #62. SO ORDERED.

November 24, 2020