LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 594-5666<br>FAX (917) 594-5667 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

April 15, 2021

> Application GRANTED. Sentencing is hereby ADJOURNED to **June 17, 2021, at 11:00 a.m.** The Clerk of Court is hereby directed to terminate Doc. #71. SO ORDERED.
>
> *[signature]*
> April 15, 2021

**Via ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Benjamin Figueroa
19 Cr. 445 (JMF)

Dear Judge Furman:

Benjamin Figueroa's sentencing date is currently scheduled for May 3, 2021.

The defense previously requested and received adjournments so that it could have Mr. Figueroa cognitively evaluated by a psychologist. Jessica Pearson, Ph.D., conducted an initial video examination with Mr. Figueroa in October 2020, but requires an in-person examination as well. Because of the pandemic Dr. Pearson has understandably been unwilling to enter the MCC before she was vaccinated.

Mr. Figueroa was recently moved from MCC to MDC. Dr. Pearson and I are trying to schedule her continued examination for April 26, 2021. Once able to complete the examination, Dr. Pearson requires three weeks to complete her report. From that point, I request an additional two weeks to submit my sentencing memorandum.

Accordingly, the defense requests an adjournment of Mr. Figueroa's May 3, 2021 sentencing. The Government, by Ryan B. Finkel, AUSA, consents to the adjournment.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc:  Ryan B. Finkel, AUSA