LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

May 20, 2021

**Via ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to September 1, 2021, at 11:00 a.m. The Clerk of Court is directed to terminate Doc. #73. SO ORDERED.*

*May 21, 2021*

Re: United States v. Benjamin Figueroa
    19 Cr. 445 (JMF)

Dear Judge Furman:

Benjamin Figueroa's sentencing date is currently scheduled for June 17, 2021.

The defense previously requested and received adjournments so that it could have Mr. Figueroa evaluated by a psychologist. Jessica Pearson, Ph.D., conducted an initial video examination with Mr. Figueroa in October 2020, and only recently was able to complete an in-person examination. Dr. Pearson advices me that she needs to meet with Mr. Figueroa an additional time, but can do so by videoconference. The length of the videoconference exceeds what is currently permitted so we are working on getting that issue resolved. In addition, Dr. Pearson will need several weeks to complete her report.

Accordingly, the defense requests an adjournment of Mr. Figueroa's sentencing until early September. This request will also take into account vacation schedules for the parties and Dr. Pearson. The Government, by Ryan B. Finkel, AUSA, consents to the adjournment.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc: Ryan B. Finkel, AUSA