UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
      -v-                                                               :     19-CR-445-1 (JMF)
                                                                        :
BENJAMIN FIGUEROA,                                                      :     ORDER
                                                                        :
                          Defendant.                                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter from Defendant, dated **October 6, 2022**, requesting new counsel to aid with his "motion."  *See* ECF No. 82.  Defendant states that he previously "sent in a memorandum in regards to [his] motion" and "a letter in June of this year," but the Court has received neither — indeed, it had received nothing from Defendant until this letter.

      Under the Criminal Justice Act ("CJA"), the Court has authority to appoint counsel for "any financially eligible person who . . . is seeking relief" under 28 U.S.C. § 2255 if the Court "determines that the interests of justice so require."  18 U.S.C. § 3006A(a)(2)(B).  Defendant, however, has not actually filed with the Court a motion under Section 2255 and, thus, is not yet "seeking relief" under that provision.  Accordingly, Defendant's request for counsel is DENIED, without prejudice to a re-application if or when he actually files a motion under Section 2255.

      The Clerk of Court is directed to mail this Order to:

> Benjamin Figueroa
> Register No. 73822-053
> FCI Gilmer
> Federal Correctional Institution
> P.O. BOX 6000
> Glenville, WV  26351

SO ORDERED.

Dated: October 13, 2022　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　JESSE M. FURMAN
                                                         United States District Judge