UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA        :
        :
    -v-        :    19-CR-445-1 (JMF)
        :
BENJAMIN FIGUEROA,        :    <u>ORDER</u>
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received another letter from Defendant, dated October 16, 2022, a copy of which is attached. As noted in the Court's Order of October 13, 2022, *see* ECF No. 83, the Court only has authority to appoint counsel for someone who "is seeking relief" under 28 U.S.C. § 2255. 18 U.S.C. § 3006A(a)(2)(B). As Defendant has not yet filed a motion under Section 2255, any request for counsel is DENIED as premature and without prejudice.

       The Clerk of Court is directed to mail this Order to:

                Benjamin Figueroa
                Register No. 73822-053
                FCI Gilmer
                Federal Correctional Institution
                P.O. BOX 6000
                Glenville, WV  26351

SO ORDERED.

Dated: October 21, 2022                _____
      New York, New York                   JESSE M. FURMAN
                                      United States District Judge

Honorable Judge Jesse Foreman,                                                 10-16-2022

    Hello Your Honor, I am writing to you today in regards of my current case for the Attempt Hobbs Act, and 924(c). Recently there was new laws passed making the Attempt Hobbs Act a non-violent crime. There has been some cases, such as United States of America v. Taylor, where they received time back for the new laws passed.

    Your Honor, I have reached out to my lawyer via telephone, e-mail, and mail and never received a response back. I was hoping that you could appoint me new counsel to help me file my memorandum's and motions regarding the new law changes that I've mentioned above. If you could help me with this issue at your earliest convenience it would be greatly appreciated, being this is a timely issue.

    Your Honor, I have reached out not only to my current lawyer but also the Clerk of Court, and have yet to get a response. Please Your Honor, help me to obtain new counsel to assist me with my matters. Thank you for your time, and have a blessed day.

Sincerely,

Benjamin Figueroa
Reg#: 73822-053
P.O. Box 6000 - F.C.I. Gilmer
Glenville, WV 26351

Benjamin Figueroa #73822-053
F.C.I. Gilmer
P.O. Box 6000
Glenville, WV 26351

Honorable Judge Jesse Foreman
Federal Courthouse
40 Foley Sq.
NY, NY 10007

*Legal Mail*

CHARLESTON WV 250
17 OCT 2022 PM 3 L

