UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
-v-                                                                     :   19-CR-445-1 (JMF)
:
BENJAMIN FIGUEROA,                                                      :   ORDER
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court has received yet another letter from Defendant, postmarked December 13, 2022, a copy of which is attached. As the Court has now noted twice, *see* ECF Nos. 83, 84, the Court only has authority to appoint counsel for someone who "is seeking relief" under 28 U.S.C. § 2255. 18 U.S.C. § 3006A(a)(2)(B). As Defendant has not yet filed a motion under Section 2255, any request for counsel is DENIED as premature and without prejudice. Unless and until Defendant files a motion under Section 2255, future requests for the appointment of counsel will be disregarded.

The Clerk of Court is directed to mail this Order to:

> Benjamin Figueroa
> Register No. 73822-053
> FCI Gilmer
> Federal Correctional Institution
> P.O. BOX 6000
> Glenville, WV  26351

SO ORDERED.

Dated: December 19, 2022
      New York, New York

                                          _____
                                          JESSE M. FURMAN
                                          United States District Judge